*Randal S. Mashburn*
Randal S. Mashburn
U.S. Bankruptcy Judge

Dated: 11/21/2018



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

In Re:
Melissa Ann Wisniowski                            BK:     18-03466-RM3-13
Debtor

### ORDER WITHDRAWING MOTION TO EXTEND TIME TO FILE A PROOF OF CLAIM ON BEHALF OF BSI FINANCIAL SERVICES

This Order is presented to the Court to withdraw the debtor's Motion to Extend Time to File a Proof of Claim on Behalf of BSI Financial Services (ECF No. 35).

IT IS, HEREBY, ORDERED AND ADJUDGED, that the Motion to Extend Time to File a Proof of Claim on Behalf of BSI Financial Services (ECF No. 35) is withdrawn.

**This order was signed and entered electronically as indicated at the top of the page.**

APPROVED FOR ENTRY:

/s/ J. ROBERT HARLAN
J. ROBERT HARLAN - BPR No. 010466
Harlan, Slocum & Quillen
Attorney for Debtor
39 Public Square
PO Box 949
Columbia, TN 38402-0949
Phone - 931/381-0660
Fax - 931/381-7627
bknotices@robertharlan.com

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.